[No. 26358-1-II. Division Two. May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ARMON HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00042-8, Bruce W. Cohoe, J., entered August 4, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26375-1-II. Division Two. May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS T. RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00752-1, Jay B. Roof, J., entered August 11, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 26580-0-II. Division Two. May 17, 2002.]

MANKE LUMBER COMPANY, ET AL., *Appellants*, v. CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-00703-6, Gary Tabor, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ. Now published at 113 Wn. App. 615.